IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARLOS BROOKS, #197616, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-22-WKW |
| | ) | [WO] |
| ROEISHA BUTLER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 18.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 18) is ADOPTED;

2. Sgt. Jackson is DISMISSED as a defendant in this cause of action; and

3. This case is REFERRED back to the Magistrate Judge for additional proceedings against Defendants Roeisha Butler, Officer Rivers, and Correctional Medical Services.

DONE this 26th day of April, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE