IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS BROOKS, #197616, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:17-CV-22-WKW |
| ) | [WO] |
| WARDEN ROEISHA BUTLER, ) | |
| OFFICER RIVERS, and ) | |
| CORIZON MEDICAL ) | |
| SERVICES, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 24.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 24) is ADOPTED; and

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 13th day of June, 2017.

                                         /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE